1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

9

10

11

UNITED STATES OF AMERICA,

Plaintiff,

v.

SHANE PATRICK REAVES,

Defendant.

Case No.  CR11-116RSL

ORDER DENYING MOTION
FOR MODIFICATION OF
SCHEDULE OF PAYMENTS
OF RESTITUTION

12

13

14

15

16

This matter comes before the Court on defendant's "First Motion Requesting Modification of the Schedule of Payments of Monetary Penalties-Restitution" (Dkt. # 52).  Having considered the facts set forth in the motion and the remainder of the record, the Court DENIES defendant's motion (Dkt. # 52).

DATED this 7th day of June, 2013.

17

18

19

20

*MM S Lasnik*

Robert S. Lasnik
United States District Judge

21

22

23

24

25

26

ORDER DENYING MOTION - 1